UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PROFESSIONAL AWNING RESTORATION, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-4091-ILRL-SS** |
| **B&B FIRE AND SAFETY SERVICES, INC., et al** | |

### ORDER

PAR'S MOTION FOR SANCTIONS AND TO COMPEL (Rec. doc. 28)

**GRANTED IN PART AND DENIED IN PART**

Before the undersigned is the motion of the plaintiff, Professional Awning Restoration, Inc., d/b/a PAR Disaster Services, Inc. ("PAR"), for sanctions and to compel discovery responses from two defendants, B&B Fire and Safety Services, Inc. ("B&B") and Ameritect Construction, L.L.C. ("Ameritect"). On March 14, 2008, PAR filed a motion to compel discovery responses from B&B and Ameritect. B&B did not file any opposition. Ameritect reported that it needed three additional weeks to respond. The two defendants were given until April 9, 2008, to respond to the discovery. Rec. doc. 23. They did not respond.

On May 1, 2008, PAR filed this motion for sanctions and to compel discovery responses. The motion was set for submission on May 14, 2008. Rec. doc. 30. Prior to May 14, 2008, an attorney for B&B telephoned to request additional time to respond to the motion. The attorney reported that additional time was required because of an illness. He asked to have until Monday, May 19, 2008, to file B&B's opposition. The undersigned delayed action on the motion, but B&B did not file anything and there were no further communications from its counsel.

Ameritect's counsel has withdrawn and the District Judge ordered new counsel to enroll by May 15, 2008. Rec. doc. 26. New counsel did not appear for Ameritect. On May 16, 2008, the District Judge ordered Ameritect to show cause within thirty days why its answer should not be stricken for failure to comply with the Court's order. Rec. doc. 31.

B&B and Ameritect will be ordered to respond to PAR's discovery. This is the second time they have been ordered to respond to do so. If they fail to respond, the undersigned will have no choice but to grant PAR's request for sanctions. **B&B and Ameritect are cautioned that the sanctions may include an order striking their answers and directing entry of judgment against them.**

IT IS ORDERED as follows:

1. PAR's motion for sanctions and to compel (Rec. doc. 28) is GRANTED in PART and DENIED in PART.

1. **Within ten (10) working days of the entry of this order B&B and Ameritect shall respond to PAR's discovery requests fully and in writing, in accordance with Federal Rules of Civil Procedure 33 and 34.** All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived.

New Orleans, Louisiana, this 22nd day of May, 2008.

                                                    **SALLY SHUSHAN**
                                           **United States Magistrate Judge**